# EXHIBIT B

*Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA1530648** |
|---|---|
| Filing date: | **04/10/2026** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| Proceeding No. | 92089808 |
|---|---|
| Filing Party | Plaintiff<br>Thor Tech, Inc. and Airstream, Inc. |
| Other Party | Defendant<br>Bowlus LLC |
| Pending Motion | There is no motion currently pending and no other motion is being filed concurrent with this consent motion. |

# Consent Motion to Extend

The Expert Disclosures Due is currently set to close on 07/14/2026. Thor Tech, Inc. and Airstream, Inc. requests that such date be extended for 30 days, or until 08/13/2026, and that all subsequent dates be reset accordingly.

| | |
|---|---|
| Time to Answer | 01/15/2026 (CLOSED) |
| Deadline for Discovery Conference | 02/14/2026 (CLOSED) |
| Discovery Opens | 02/14/2026 (CLOSED) |
| Initial Disclosures Due | 03/16/2026 (CLOSED) |
| Expert Disclosures Due | 08/13/2026 |
| Discovery Closes | 09/12/2026 |
| Plaintiff's Pretrial Disclosures Due | 10/27/2026 |
| Plaintiff's 30-day Trial Period Ends | 12/11/2026 |
| Defendant's Pretrial Disclosures Due | 12/26/2026 |
| Defendant's 30-day Trial Period Ends | 02/09/2027 |
| Plaintiff's Rebuttal Disclosures Due | 02/24/2027 |
| Plaintiff's 15-day Rebuttal Period Ends | 03/26/2027 |
| Plaintiff's Opening Brief Due | 05/25/2027 |
| Defendant's Brief Due | 06/24/2027 |
| Plaintiff's Reply Brief Due | 07/09/2027 |
| Request for Oral Hearing (optional) Due | 07/19/2027 |

The grounds for this request are as follows:

- *Parties are engaged in settlement discussions*

Thor Tech, Inc. and Airstream, Inc. has secured the express consent of all other parties to this proceeding for the extension and resetting of dates requested herein.

# Certificate of Service

The undersigned hereby certifies that a copy of this submission has been served upon all parties, at their address of record by Email on this date.

Respectfully submitted,
/Justin E. Maio/
Justin E. Maio
jmaio@raklaw.com

04/10/2026

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA  22313-1451
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

April 10, 2026

Proceeding No. 92089808

*Thor Tech, Inc. and Airstream, Inc.*

v.

*Bowlus LLC*

## <u>MOTION TO EXTEND GRANTED</u>

**By the Trademark Trial and Appeal Board:**

*Thor Tech, Inc. and Airstream, Inc.'s* consented motion to extend, filed **April 10, 2026**, to extend for **30** days is granted. Trademark Rule 2.127(a). Dates are reset as set out in the motion.

Generally, the Federal Rules of Evidence apply to Board trials. Trial testimony is taken and introduced out of the presence of the Board during the assigned testimony periods. The parties may stipulate to a wide variety of matters, and many requirements relevant to the trial phase of Board proceedings are set forth in Trademark Rules 2.121 through 2.125. These include pretrial disclosures, the manner and timing of taking testimony, matters in evidence, and the procedures for submitting and serving testimony and other evidence, including affidavits, declarations, deposition transcripts, and stipulated evidence. Trial briefs shall be

Proceeding No. 92089808

submitted in accordance with Trademark Rules 2.128(a) and (b). Oral argument at final hearing will be scheduled only upon the timely submission of a separate notice as allowed by Trademark Rule 2.129(a).

**TIPS FOR FILING EVIDENCE, TESTIMONY, OR LARGE DOCUMENTS**

The Board requires each submission to meet the following criteria before it will be considered: 1) pages must be legible and easily read on a computer screen; 2) page orientation should be determined by its ease of viewing relevant text or evidence, for example, there should be no sideways or upside-down pages; 3) pages must appear in their proper order; 4) depositions and exhibits must be clearly labeled and numbered – use separator pages between exhibits and clearly label each exhibit using sequential letters or numbers; and 5) the entire submission should be text-searchable. Additionally, submissions must be compliant with Trademark Rules 2.119 and 2.126. Submissions failing to meet all of the criteria above may require re-filing. **Note:** Parties are strongly encouraged to check the entire document before filing.[1] The Board will not extend or reset proceeding schedule dates or other deadlines to allow time to re-file documents. For more tips and helpful filing information, please visit the ESTTA help webpage.

---

[1] To facilitate accuracy, ESTTA provides thumbnails to view each page before submitting.