# EXHIBIT E

From: **Ryan Gile** rg@gilelawgroup.com 🖉
Subject: RE: Service Copy - Thor Tech, Inc. et al v. Bowlus LLC, TTAB Cancellation No. 92089808 (BOWLUS.0041L)
Date: June 5, 2026 at 12:21 PM
To: Sarah Wang swang@raklaw.com, Irene Lee ilee@raklaw.com
Cc: Trademark trademark@raklaw.com

RG

Sarah,

I was planning to get back to you regarding Ms. Mitchell in my email to you both regarding the discovery requests. However, since you've emailed me separately, I will address the deposition notices in this email chain.

I was not involved in preparing that declaration and after our meet and confer, I was made aware that Ms. Mitchell is also a member of Bowlus LLC, and so you do not need to serve a subpoena on her for her deposition. Nevertheless, we would ask that the deposition be done remotely.

As for Mr. Long and Mr. Wahl, they have no association with Bowlus LLC. So to the extent that they may have made public representations that they work for "Bowlus," that was not in reference to Bowlus LLC. I do not presently represent Mr. Long or Mr. Wahl in any ongoing matters and so your client will have to pursue any depositions of those individuals through third party subpoenas.

I will be sending out my other email memorializing the positions I expressed on the call with respect to your discovery requests today.

Best Regards,

Ryan Gile

### Gile Law Group

*Intellectual Property • Corporate Transactions • Business Litigation*
The Canyons at Summerlin
1140 N. Town Center Drive, Suite 100, Las Vegas, Nevada 89144
T: (702) 703-7288   Website: www.GileLawGroup.com   E-mail: rg@gilelawgroup.com

| Recognized by The Best Lawyers in America® for Trademark Law, Copyright Law, and Intellectual Property Litigation | Named among "Best Law Firms" by U.S. News & World Report |
| --- | --- |
| AV Preeminent® peer review rating from Martindale Hubbell | Five Star Ratings on Yelp and Google |

This e-mail communication, including any attachments and appended messages, is for its intended recipient(s) only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient(s), you are hereby notified that any review, dissemination, distribution, copying, storage or other use of all or any portion of this e-mail communication is strictly prohibited. If you have received this e-mail communication in error, please notify us immediately, delete it from your system, and destroy any hard copy you may have printed. Thank you for your consideration and attention in this regard.

**From:** Sarah Wang <swang@raklaw.com>
**Sent:** Wednesday, June 3, 2026 3:47 PM
**To:** Ryan Gile <rg@gilelawgroup.com>; Irene Lee <ilee@raklaw.com>
**Cc:** Trademark <trademark@raklaw.com>
**Subject:** Re: Service Copy - Thor Tech, Inc. et al v. Bowlus LLC, TTAB Cancellation No.

Subject: Re: Service Copy — Thor Tech, Inc. et al v. Bowlus LLC, TTAB Cancellation No. 92089808 (BOWLUS.0041L)

Ryan,

Please do get back to us as soon as you can, as it has been over two-and-a-half months since we served our discovery requests.

In addition, we wanted to ask again about the deposition notices we issued to Helena Mitchell, John Long, and Jonathan Wahl. You told us at our meet and confer that you do not represent these individuals. However, all three individuals have made public representations that they work for Bowlus.

Moreover, Helena Mitchell submitted a declaration on behalf of Bowlus LLC during reexamination (see below).

## EXHIBIT 1

### Declaration of Helena Mitchell

I, Helena Mitchell, declare under the penalty of perjury as follows:

1.  I am a Managing Member of Bowlus, LLC. Bowlus LLC (hereafter "Bowlus") designs and manufactures luxury trailers. Bowlus has invested a significant amount of time, effort and expense into the development, marketing strategy, and promotion of its trailers and related products. I respectfully submit this declaration in support of Bowlus LLC's response to the Non-Final Office Action issued on March 13, 2024 related to the re-examination of the mark RIVET (Registration No. 7239547). Specifically, I provide herein relevant information and evidence I gathered on behalf of Bowlus in support of its mark "RIVET" being used in commerce as of the relevant date.

Before we proceed with the costly process of issuing third party subpoenas to these individuals, please confirm in writing that these individuals are not associated with Bowlus and/or that you do not represent these individuals.

Best,
Sarah

**Sarah Wang**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor I Los Angeles, California 90025
Main +1 310 826 7474 I swang@raklaw.com I www.raklaw.com

---

**From:** Ryan Gile <rg@gilelawgroup.com>
**Date:** Wednesday, June 3, 2026 at 10:34 AM
**To:** Sarah Wang <swang@raklaw.com>; Irene Lee <ilee@raklaw.com>
**Cc:** Trademark <trademark@raklaw.com>

Cc: Trademark <trademark@raklaw.com>

**Subject:** RE: Service Copy - Thor Tech, Inc. et al v. Bowlus LLC, TTAB Cancellation No. 92089808 (BOWLUS.0041L)

I've been particularly busy the last two days on more urgent matters. I still need to confer with the client and then I'll get that written response prepared for you by no later than the end of this week.

Ryan

rg@gilelawgroup.com
(702) 703-7288

---

**From:** Sarah Wang <swang@raklaw.com>
**Sent:** Wednesday, June 3, 2026 8:30 AM
**To:** Ryan Gile <rg@gilelawgroup.com>; Irene Lee <ilee@raklaw.com>
**Cc:** Trademark <trademark@raklaw.com>
**Subject:** Re: Service Copy - Thor Tech, Inc. et al v. Bowlus LLC, TTAB Cancellation No. 92089808 (BOWLUS.0041L)

Ryan,

I am following up from our meet and confer on Monday, June 1 at 9am in regards to our May 26 letter. You said on the call that you would send an email memorializing the positions you expressed on the call with respect to our discovery requests. We have not received that email. Please send it to us today.

Thank you,
Sarah

**Sarah Wang**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | swang@raklaw.com | www.raklaw.com

---

**From:** Ryan Gile <rg@gilelawgroup.com>
**Date:** Thursday, May 28, 2026 at 3:20 PM
**To:** Sarah Wang <swang@raklaw.com>; Irene Lee <ilee@raklaw.com>
**Cc:** Trademark <trademark@raklaw.com>
**Subject:** RE: Service Copy - Thor Tech, Inc. et al v. Bowlus LLC, TTAB Cancellation No. 92089808 (BOWLUS.0041L)

I've been preoccupied with family obligations the last several days.

I'm available to meet and confer next week. Any day after 9am PT works for me.

Best Regards,

Ryan Gile

Ryan Gile

## Gile Law Group

*Intellectual Property • Corporate Transactions • Business Litigation*
The Canyons at Summerlin
1140 N. Town Center Drive, Suite 100, Las Vegas, Nevada  89144
T: (702) 703-7288    Website: www.GileLawGroup.com    E-mail: rg@gilelawgroup.com

| Recognized by The Best Lawyers in America® for Trademark Law, Copyright Law, and Intellectual Property Litigation | Named among "Best Law Firms" by U.S. News & World Report |
| --- | --- |
| AV Preeminent® peer review rating from Martindale Hubbell | Five Star Ratings on Yelp and Google |

This e-mail communication, including any attachments and appended messages, is for its intended recipient(s) only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient(s), you are hereby notified that any review, dissemination, distribution, copying, storage or other use of all or any portion of this e-mail communication is strictly prohibited. If you have received this e-mail communication in error, please notify us immediately, delete it from your system, and destroy any hard copy you may have printed.  Thank you for your consideration and attention in this regard.

---

**From:** Sarah Wang <swang@raklaw.com>
**Sent:** Thursday, May 28, 2026 11:26 AM
**To:** Ryan Gile <rg@gilelawgroup.com>; Irene Lee <ilee@raklaw.com>
**Cc:** Trademark <trademark@raklaw.com>
**Subject:** Re: Service Copy - Thor Tech, Inc. et al v. Bowlus LLC, TTAB Cancellation No. 92089808 (BOWLUS.0041L)

Counsel,

We have not heard back from you in response to our letter dated May 26, 2026. Please confirm you will produce the responsive documents by tomorrow. Otherwise, please let us know your availability to meet and confer today or tomorrow, as requested in our letter.

In addition, please confirm that the individuals we noticed for deposition are available.

Best,
Sarah

**Sarah Wang**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | swang@raklaw.com | www.raklaw.com

---

**From:** Sarah Wang <swang@raklaw.com>
**Date:** Tuesday, May 26, 2026 at 12:50 PM
**To:** Ryan Gile <rg@gilelawgroup.com>; Irene Lee <ilee@raklaw.com>
**Cc:** Trademark <trademark@raklaw.com>
**Subject:** Re: Service Copy - Thor Tech, Inc. et al v. Bowlus LLC, TTAB Cancellation No. 92089808 (BOWLUS.0041L)
Counsel

Counsel,

Please see the attached correspondence.

Best,
Sarah


**Sarah Wang**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor I Los Angeles, California 90025
Main +1 310 826 7474 I swang@raklaw.com I www.raklaw.com

---

**From:** Ryan Gile <rg@gilelawgroup.com>
**Date:** Saturday, May 23, 2026 at 1:10 AM
**To:** Irene Lee <ilee@raklaw.com>; Sarah Wang <swang@raklaw.com>
**Cc:** Trademark <trademark@raklaw.com>
**Subject:** Service Copy - Thor Tech, Inc. et al v. Bowlus LLC, TTAB Cancellation No. 92089808 (BOWLUS.0041L)

Dear Counsel,

Please find attached the service copy of the following document(s) in the above referenced action:

- **Registrant's Responses to Petitioner's First Set of Requests for Production of Documents**
- **Registrant's Responses to Petitioner's First Set of Interrogatories**
- **Registrant's Responses to Petitioner's First Set of Requests for Admission**

I will be sending a separate email with a Dropbox link to a 1.3GB zip file containing documents Bate-stamped BOWLUS 0001 to 1505. If you do not receive that email or are not able to download the documents in the zip file, please let me know.

Please contact me if you have any questions.

Best Regards,

Ryan Gile

**Gile Law Group**
*Intellectual Property • Corporate Transactions • Business Litigation*
The Canyons at Summerlin
1140 N. Town Center Drive, Suite 100, Las Vegas, Nevada 89144
T: (702) 703-7288    Website: www.GileLawGroup.com    E-mail: rg@gilelawgroup.com

| | |
|---|---|
| Recognized by The Best Lawyers in America® for Trademark Law, Copyright Law, and Intellectual Property Litigation | Named among "Best Law Firms" by U.S. News & World Report |
| AV Preeminent® peer review rating from Martindale Hubbell | Five Star Ratings on Yelp and Google |

This e-mail communication, including any attachments and appended messages, is for its intended recipient(s) only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient(s), you are hereby notified that any review, dissemination, distribution, copying, storage or other use of all or any portion of this e-mail communication is strictly prohibited. If you have received this e-mail communication in error, please notify us immediately, delete it from your system, and destroy any hard copy you may have printed.  Thank you for your consideration and attention in this regard.